UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEAN LUBIN,

   Plaintiff,

v.                                           CASE NO.:  8:16-cv-000271-SCB-JSS

NAVIENT SOLUTIONS, INC.,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

     Plaintiff, Jean Lubin, and Defendant, Navient Solutions, Inc., (hereinafter and collectively the "Parties"), by and through the undersigned counsel, hereby notify the Court the Parties have reached settlement of this matter and are presently coordinating the execution and formalization of such agreement.  The Parties will file dismissal of this action with prejudice upon the execution and completion of certain terms of the settlement agreement.

     Respectfully submitted this 31st day of January, 2017.

                                                             /s/ *Jared M. Lee*
                                                      Jared M. Lee, Esquire
                                                      Florida Bar No.:  0052284
                                                      Morgan & Morgan, Tampa, P.A.
                                                      20 N. Orange Ave., Ste. 1600
                                                      Orlando, FL 32801
                                                      Tele:  (407) 420-1414
                                                      Fax:  (407) 245-3485
                                                      Email:  JLee@ ForThePeople.com
                                                                MRathbun@ForThePeople.com
                                                      *Counsel for Plaintiff(s)/Claimant(s)*

## Certificate of Service

     I certify that on this 31st day of January, 2017 I served a copy of the foregoing document

on the following parties, or their counsel of record, via Electronic Mail:

Lisa Simonetti, Esquire
Vedder Price (CA), LLP
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
Tele: (424) 204-7738
Fax: (424) 204-7702
Email:  lsimonetti@vedderprice.com;
         rlo@vedderprice.com

Rachel A. Morris, Esquire
Sessions Fishman Nathan Israel LLC
3350 Buschwood Park Drive, Ste. 195
Tampa, FL 33618
Tele:  (813) 890-2460
Fax:  (866) 466-3140
Email:  ramorris@sessions.legal
         sfrederick@sessions.legal
*Counsel for Defendant(s)/Respondent(s)*

                                       */s/ Jared M. Lee*
                                       Jared M. Lee, Esquire